## UNITED STATES BANKRUPTCY COURT

In re: ACHG, Inc.                                                                                             Case No. _____

      Debtor                                                                                                           Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of Creditor and Complete Mailing address including Zip Code | (2)<br>Name, telephone no. and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Aeroflot Nord<br>C/o Davis & Young<br>600 Superior Ave. E., #1200<br>Cleveland, Ohio 44114-2654 | Dennis Fegzaty, Esq. | Litigation Settlement | N/A | $90,000.00 |
| AeroLloyd Private Charter No. 3<br>The Fountain Ctr<br>Lensbury Ave.<br>Imperial Wharf<br>London, UK SW6 2TW | | Litigation Settlement | N/A | $237,000.00 |
| Alliance Continental Leasing, LLC<br>48 Wall Street,<br>11FL. Ste 1100<br>New York, NY 10005 | (212)936-2545 | Trade Debt | N/A | $190,000.00 |
| AMI Jet Charters, Inc<br>840 Hinkley Road<br>Burlingam, CA 94010 | Pfau, Pfau, & Mavando<br>William Pfau, Esq. | Trade Debt | N/A | $760,000.00 |
| AVCard Services Ltd.<br>The Regal House<br>70 London Rd.<br>Twickenham, Middlesex, UK TW730S | | Trade Debt | N/A | $192,780.00 |
| Boeing Capital Corp.<br>500 Naches Av. SW,<br> 3rd Fl<br>Renton, WA 98057 | | Loan | N/A | $1,250,000.00 |
| Corwell & Moring LLP<br>1001 Pennsylvania Ave. NW<br>Washington, DC 20004-2595 | | Legal Fees | N/A | $118,000.00 |
| Edwards Angell Palmer & Dodge LLP<br>750 Lexington Ave<br>New York, NY 10022 | | Legal Fees | N/A | $78,000.00 |
| FNB Corporation<br>FNB of Pennsylvania<br>One F.N.B. Boulevard<br>Hermitage, PA 16148 | | Bank Loan | N/A | $430,000.00 |
| Internal Revenue Service<br>844 King Street<br>Wilmington, DE 19801 | | Tax | N/A | $480,000.00 |
| JetInternational<br>C/o Prins Law Firm<br>4940 Broadway Ave, Suite 108<br>Converse, TX 78109 | | Trade Debt | N/A | $95,000.00 |