# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (described)] and that it is true and correct to the best of my information and belief.


Date November 20, 2009

        Signature /s/ John Green, its President_____

        John Green, its President_____
        (Print Name and Title)