Northern District Of Ohio
U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 09−44421−kw**

**In re:**
ACHG, Inc.
6715 Tippecanoe Rd
Bldg A., Ste 202
Canfield, OH 44406

**Social Security No.:**

**Employer's Tax I.D. No.:**
83−1117668

### NOTICE OF DOCUMENTS TO BE FILED

Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), the following document(s) must be filed within 15 days of filing of the petition.

**Summary of Schedules, Schedules A−H,
Statement of Financial Affairs,
Corporate Ownership Statement,
Disclosure of Attorney Compensation,
List of Equity Security Holders,
Corporate Resolution,**

**Dated:** November 24, 2009
Form ohnb201

For the Court
Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-4           User: cmccl              Page 1 of 1              Date Rcvd: Nov 24, 2009
Case: 09-44421                 Form ID: 201             Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 26, 2009.
```
db            +ACHG, Inc.,    6715 Tippecanoe Rd,    Bldg A., Ste 202,    Canfield, OH 44406-8180
```

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2009**                    Signature:    _Joseph Speetjens_