Form ohnb228c (Chapter 11 Corporation/Partnership Asset Case) (10/05)  Case Number **09−44421−kw**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on November 20, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For more information regarding the U.S. Bankruptcy Court for the Northern District of Ohio, Local Rules, Bankruptcy Code, Forms and other information you may refer to our web page located at www.ohnb.uscourts.gov.

### See Reverse Side For Important Explanations.

**Debtor (name(s) and address):**
ACHG, Inc.
6715 Tippecanoe Rd
Bldg A., Ste 202
Canfield, OH 44406

| **All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):** | **Case Number:** 09−44421−kw |
|---|---|
| | **Last four digits of Social Security/Taxpayer ID Nos.:** 83−1117668 |

| **Attorney for Debtor (name and address):** William Anthony Myers 33 Melrose Avenue Youngstown, OH 44512 Telephone number: 330−398−2377 | **Bankruptcy Trustee (name and address):** **Not Applicable** |
|---|---|

### Meeting of Creditors:
Date: **January 14, 2010**       Time: **01:30 PM**
Location: **Federal Building, 10 East Commerce St., 341 Meeting Room, 3rd Floor, Youngstown, OH 44503**

### Deadlines:
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
**Notice of deadline will be sent at a later time.**

### Foreign Creditors:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Fed Bldg & US Courthouse 10 East Commerce Street Youngstown, OH 44503 | **For the Court:** Clerk of the Bankruptcy Court: Kenneth J. Hirz |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 25, 2009 |

# EXPLANATIONS

Form ohnb228c (10/05)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.<br><br>Creditors who wish to be notified of abandonment proceedings must file a written request for notice with the Court prior to the conclusion of the 11 U.S.C. § 341 meeting. Otherwise, the Court may order abandonment with notice only to affected parties. See L.B.R. 2002−1(a). |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listted as disputed, contingent, or unliquidated, it will be allowed in the qmount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial concerning the claim. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address and the creditor does not receive the notice in time to file a Proof of Claim before the deadline, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan . If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d)(6)(A), you must start a lawsuit by filing a complaint inthe bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0647-4          User: cmccl           Page 1 of 1                Date Rcvd: Nov 25, 2009
Case: 09-44421                Form ID: 228c         Total Noticed: 14
```

The following entities were noticed by first class mail on Nov 27, 2009.
```
db          +ACHG, Inc.,    6715 Tippecanoe Rd.,    Bldg A., Ste 202,    Canfield, OH 44406-8180
aty         +David L Engler,    Engler & Associates, LLC,    100 DeBartolo Place,    Suite 315,
              Boardman, OH 44512-6066
aty         +William Anthony Myers,    33 Melrose Avenue,    Youngstown, OH 44512-2214
19047256    +AMI Jet Charters, Inc,    840 Hinkley Road,    Burlingame, CA 94010-1516
19047257     AVCard Services Ltd.,    The Regal House,    70 London Rd,    Twickenham, Middlesex, UK TW730S
19047254     AeroLloyd Private Charter No. 3,    The Fountain Centre,    Lensbury Ave.,    Imperial Wharf,
              London, UK SW6 2TW
19047253     Aeroflot Nord,    c/o Davis & Young,    600 Superior Ave. East, #1200,    Cleveland, OH 44114-2654
19047255    +Alliance Continental Leasing, LLC,    48 Wall Street,    11th Floor, Ste 1100,
              New York, NY 10005-2903
19047258    +Boeing Capital Corp.,    500 Naches Av. SW, 3rd Fl,    Renton, WA 98057-2293
19047259     Corwell & Moring LLP,    1001 Pennsylvania Ave. NW,    Washington, DC 20004-2595
19047260    +Edwards Angell Palmer & Dodge LLP,    750 Lexington Ave,    New York, NY 10022-1200
19047261     FNB Corporation,    First National Bank of Pennsylvania,    One F.N.B. Boulevard,
              Hermitage, PA 16148
19047262    +Internal Revenue Service,    844 King Street,    Wilmington, DE 19801-3567
19047263     Jetran International,    c/o Prins Law Firm,    4940 Broadway Ave, Ste 108,    Converse, TX 78109
```

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2009**                    **Signature:**            *Joseph Speetjens*